of negligence as to the plaintiff if it failed to do so. Plaintiff was guilty of contributory negligence as matter of law.

KRUSE, P. J., dissents, upon the ground that the defendant's negligence, as well as the plaintiff's contributory negligence, were questions of fact under the evidence.

BURMESTER, Respondent, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Anna Frances Burmester, individually and as executrix, etc., against Charles T. M. O'Brien. No opinion. Order affirmed, without costs. See, also, 149 N. Y. Supp. 1074.

BURRELL v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Fenella Burrell against the City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 164 App. Div. 245, 149 N. Y. Supp. 812.

BURTNETT, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Torrence M. Burtnett against the Erie Railroad Company. W. C. Cannon, of New York City, for appellant. T. J. O'Neill, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

CLARKE, J., dissents. See, also, 159 App. Div. 712, 144 N. Y. Supp. 969.

BUSH, Appellant, v. BUSH et al., Respondents. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by Pine E. Bush against Marion Bush and another. J. W. Brainsby, of New York City, for appellant. T. B. Chancellor, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 163 App. Div. 945, 148 N. Y. Supp. 1108; 150 N. Y. Supp. 1079.

BUSH v. BUSH. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Pine E. Bush against Marion Bush. No opinion. Motion granted. Order filed. See, also, 150 N. Y. Supp. 1079.

BUSHBY, Respondent, v. BERKELEY, Appellant. (No. 6548.) (Supreme Court, Appellate Division, First Department. December 31, 1914.) Appeal from Judgment on Report of Referee. Action by James C. Bushby against Lancelot M. Berkeley. From a final judgment for the plaintiff, confirming the report of a referee, defendant appeals. Modified and affirmed. See, also, 149 N. Y. Supp. 1073. L. M. Berkeley, of New York City, for appellant. Max D. Steuer, of New York City, for respondent.

PER CURIAM. An examination of the record clearly shows that the defendant is not entitled to an offset in what is termed the Puckhafer item. He refused to recognize the authority of the plaintiff to satisfy that claim, and proceeded to enforce it against the railroad company, recovering a judgment, which

was subsequently affirmed by the Court of Appeals. Nor is there any basis for an offset in what is known as the Foster No. 2 item. The referee so found, and there is an abundance of evidence to sustain his finding. On an appeal by the plaintiff this court modified the judgment, by allowing him interest on the amount found due from the defendant. Bushby v. Berkeley, 160 App. Div. 916, 145 N. Y. Supp. 1115. The same rule should be applied to the defendant, and he should be allowed interest on $529.09, given to him as an offset in the final judgment. The interest on this sum amounts to $214.28. The judgment appealed from, therefore, should be modified accordingly, and, as so modified, affirmed, without costs to either party in this court.

BUTLER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Michael Butler against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

BUTLER v. McGOVERN et al. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Action by George H. Butler against Patrick McGovern and another. No opinion. Motion denied. See, also, 149 N. Y. Supp. 1073.

CAGNEY v. DALY. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by William B. Cagney against William C. Daly. No opinion. Application denied, with $10 costs. Order signed. See, also, 149 N. Y. Supp. 985.

CALIBRISOTTO, Respondent, v. POSTAL TRANSFER SERVICE, Inc., Appellant. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by Lucia A. Calibrisotto, as administratrix, against the Postal Transfer Service, Incorporated. J. V. Bouvier, Jr., of New York City, for appellant. M. Schneiderman, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CANDEE, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 4, 1914.) Action by Frank Candee against the Pennsylvania Railroad Company.

PER CURIAM. Order (84 Misc. Rep. 506, 147 N. Y. Supp. 529) reversed, with costs, and verdict of jury reinstated.

FOOTE and ROBSON, JJ., dissent.

CANNON, Respondent, v. FARGO, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by John Cannon against James C. Fargo, as President of the American Express Company.

PER CURIAM. Under the principle declared in previous reversals (138 App. Div. 20, 122 N. Y. Supp. 576; 147 App. Div. 51, 131 N. Y. Supp. 643; 158 App. Div. 290, 142 N. Y. Supp. 1056), the present verdict for plaintiff